IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY HARRIS,

      Plaintiff,    JUDGMENT IN A CIVIL CASE

v.             13-cv-486-bbc

ADAME HASSE,

      Defendant.

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Jeffrey Harris's request for leave to proceed on claims pursuant to U.S.C. § 1983 and dismissing this case without prejudice to plaintiff's raising his claims in a petition for a writ of habeas corpus.

| /s/ | 9/5/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |